RODGERS *v.* CALDWELL.

LITTLE, J.   While a written demurrer duly filed is the proper mode of practice to cause the dismissal of an answer to a plaintiff's petition, which is defective in form and does not, as a matter of law, set up any defense to the action, yet this court will not reverse a judgment striking such a plea on a hearing had on oral motion.

The answer filed in the present case sets up no legal defense to the action.

*Judgment affirmed.   All the Justices concurring.*

Argued January 8, — Decided January 25, 1901.

Complaint.   Before Judge Reid.   City court of Atlanta.   June 23, 1900.